IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD TAYLOR,<br><br>Defendant. | Civil Action No.: 05-278<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Based upon Plaintiffs' Application For Default Judgment By The Court, and good cause appearing therefore, it is hereby Ordered and Adjudged that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the six sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Four Thousand Five Hundred Dollars ($4,500.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Two Hundred Eighty-Five Dollars ($285.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

1

- "I Love Me Some Him," on album "Secrets," by artist "Toni Braxton" (SR# 233-892);

- "Only in California," on album "Based on a true story," by artist "Mack 10" (SR# 191-356);

- "Love You Down," on album "Long Time Coming," by artist "Ready For the World" (SR# 78-842);

- "It Ain't Over 'Til It's Over," on album "Mama Said," by artist "Lenny Kravitz" (SR# 128-345);

- "In America," on album "Full Moon," by artist "Charlie Daniels" (SR# 20-167);

- "This Is For the Lover in You," on album "Three For Love," by artist "Shalamar" (SR# 28-517);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE

United States District Court

DATED: July 12, 2005

2

Case 4:05-cv-00278-GAF   Document 14   Filed 07/12/05   Page 2 of 2